**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gregory F. Mencini<br>Sandy L. Mencini<br><u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 16-24112 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

Re: Loan # Ending In: 4026

     Respectfully submitted,

**/s/ James C. Warmbrodt Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
Attorney for Movant/Applicant