## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  16-24112-GLT |
| GREGORY F. MENCINI | : | Chapter 7 |
| SANDY L. MENCINI | : | |
| *Debtor* | : | Doc. No. |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| US DRIVES, INC. | : | |
| Respondent | : | |

### NOTICE OF HEARING AND RESPONSE DEADLINE
### ON OBJECTION OF NATALIE LUTZ CARDIELLO, TRUSTEE
### TO PROOF OF CLAIM NO. 1

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Objection no later than **February 2, 2017**, *i.e.*, seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Objection may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **February 9, 2017** at **10:00 AM** before Judge Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:  January 9, 2017        */s/Natalie Lutz Cardiello*
                                                               Attorney for Movant/Applicant
                                                               107 Huron Drive
                                                               Carnegie, PA 15106
                                                                (412) 276-4043
                                                               Attorney ID #51296