**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-24112-GLT |
| | : | |
| GREGORY F. MENCINI | : | Chapter 7 |
| SANDY L. MENCINI | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| SAGINAW CONTROL & ENGINEERING | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**
of
**Notice of Hearing and Response Deadline**
and
**Objection to Proof of Claim No. 2**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on January 9, 2017.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Christopher M. Frye, Esquire
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, Pa 15219
chris.frye@steidl-steinberg.com
*Counsel for Debtor*

**Service by First Class Mail**

Scott Baldauf, Vice President of
   Sales and Marketing
Saginaw Control & Engineering
95 Midland Rd.
Saginaw, MI 48638

Gregory F. Mencini
Sandy L. Mencini
8193 Brittany Place
Pittsburgh, PA 15237

**EXECUTED ON:**  January 9, 2017         By:      */s/Natalie Lutz Cardiello*
                                                   Natalie Lutz Cardiello
                                                   PA ID# 51296
                                                   107 Huron Drive
                                                   Carnegie, PA 15106
                                                   ncardiello@comcast.net
                                                   (412) 276-4043