# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-24112-GLT |
| | : | |
| GREGORY F. MENCINI | : | Chapter 7 |
| SANDY L. MENCINI | : | |
| *Debtor* | : | Related to Doc. No. 31, 32 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Hearing Date and Time: |
| | : | February 9, 2017 at 10:00 AM |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| US DRIVES, INC. | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
### Objection to Proof of Claim No. 1

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Objection to Proof of Claim No. 1** filed on January 9, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the **Notice of Hearing and Response Deadline,** any responses to the Objection were to be filed and served no later than **February 2, 2017**.

It is hereby respectfully requested that the Order filed in connection with the Trustee's Objection to Proof of Claim No. 1 be entered by the Court.

Dated: February 3, 2017       By:       */s/Natalie Lutz Cardiello*
                                        Natalie Lutz Cardiello, Esquire
                                        PA I.D. #51296
                                        107 Huron Drive
                                        Carnegie, PA 15106
                                        ncardiello@comcast.net
                                        (412) 276-4043