**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-24112-GLT |
| | : | |
| GREGORY F. MENCINI | : | Chapter 7 |
| SANDY L. MENCINI | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| US DRIVES, INC. | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**
of
**Notice of Hearing and Response Deadline**
and
**Objection to Proof of Claim No. 1**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on February 7, 2017.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

| **Service by Electronic Notification** | **Service by First Class Mail** |
|---|---|
| Office of the United States Trustee<br>ustpregion03.pi.ecf@usdoj.gov | Kader Laroussi, President<br>US Drives, Inc.<br>2221 Niagara Falls Blvd<br>Niagara Falls, NY 14304 |

**EXECUTED ON:** February 7, 2017     By:     */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043