FILED

FEB 10 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-24112-GLT |
| | : | Chapter: 7 |
| Gregory F. Mencini | : | |
| Sandy L. Mencini | : | |
| | : | Date: 2/9/2017 |
| Debtor(s). | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #37 - Motion to Sell Property Free and Clear of Liens (8193 Brittany Place)
#48 - Proofs of Publication Filed
[Response due: 2-2-17]

**APPEARANCES:**
  Debtor:    Christopher M. Frye
  Trustee:   Natalie Lutz Cardiello

**NOTES:**

Cardiello - Proposed purchase of $353,500. Potential buyers are Sam and Katti Stoller. No relationship to the Debtors. Property to be sold "as is/where is." Advertised in legal journal, newspaper of general circulation, and on EASI. All parties in interest received proper notice of the sale motion.

*Court exposes property at 8193 Brittany Place for sale. No higher/better offers. Sale approved to Sam and Katti Stoller at a purchase price of $353,500.*

Cardiello - Exemptions will be paid at closing.

**OUTCOME:**

1. Sale Order to be issued. O/E.

**DATED:** 2/9/2017