IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | |
| Gregory F. Mencini | ) | |
| Sandy L. Mencini, | ) | Case No. 16-24112 |
| | ) | Chapter 7 |
| | ) | Document No. |
| *Debtor* | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Gregory F. Mencini, had an address of 8193 Brittany Place, Pittsburgh, PA 15237.

2. The debtor has since moved and the new address is 801 Dove Ct, Pittsburgh, PA 15237.

WHEREFORE, the debtor, Gregory F. Mencini, respectfully files this Notice of Change of Address.

Respectfully submitted,

February 21, 2017         /s/ Christopher M. Frye
DATE                      Christopher M. Frye, Esquire
                          Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402