UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | |
| MENCINI, GREGORY F., | § | CASE NO. 16-24112 GLT |
| MENCINI, SANDY L., | § | |
| Debtors | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| V | § | |
| | § | |
| NO RESPONDENT | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Natalie Lutz Cardiello, Esquire, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> U.S. BANKRUPTCY COURT
> 600 GRANT STREET
> PITTSBURGH, PENNSYLVANIA   15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/28/2017 in Courtroom A,
> U.S. Bankruptcy Court
> 600 Grant Street, 54th Floor
> Pittsburgh, PA 15219

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/21/2017           By: /s/ Natalie Lutz Cardiello
                                          Trustee

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: § | | |
| MENCINI, GREGORY F., § | CASE NO. 16-24112 GLT | |
| MENCINI, SANDY L., § | | |
| Debtors § | | |
| § | | |
| Natalie Lutz Cardiello, Esquire, Trustee, § | CHAPTER 7 | |
| Movant § | | |
| § | DOCUMENT NO. | |
| V § | | |
| § | | |
| NO RESPONDENT § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 355,729.11 |
| and approved disbursements of | $ | 348,684.17 |
| leaving a balance on hand of[1] | $ | 7,044.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 450.00 | $ 0.00 | $ 450.00 |
| Trustee Expenses: Natalie Lutz Cardiello, Esquire | $ 582.93 | $ 0.00 | $ 582.93 |
| Attorney for Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 2,551.25 | $ 0.00 | $ 2,551.25 |
| Accountant for Trustee Fees: Eric E. Bononi, CPA | $ 437.50 | $ 0.00 | $ 437.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,021.68 |
| Remaining Balance | $ | 3,023.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 330,227.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | KEYBANK N.A. | $ 14,258.34 | $ 0.00 | $ 130.54 |
| 000004 | KEYBANK N.A. | $ 13,280.69 | $ 0.00 | $ 121.59 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | $ 13,528.39 | $ 0.00 | $ 123.85 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | $ 390.42 | $ 0.00 | $ 3.57 |
| 000007 | CRESENT ELECTRIC SUPPLY COMPANY | $ 179.11 | $ 0.00 | $ 1.64 |
| 000008 | AMERICAN EXPRESS BANK, FSB | $ 8,184.25 | $ 0.00 | $ 74.93 |
| 000009 | AMERCABLE INCORPORATED | $ 5,145.84 | $ 0.00 | $ 47.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | DEPARTMENT STORE NATIONAL BANK | $ 2,088.22 | $ 0.00 | $ 19.12 |
| 000011 | PROCESS AUTOMATION | $ 240.00 | $ 0.00 | $ 2.20 |
| 000012 | ON DECK CAPITAL, INC. | $ 272,332.30 | $ 0.00 | $ 2,493.22 |
| 000013 | MICRON INDUSTRIES | $ 600.25 | $ 0.00 | $ 5.49 |

   Total to be paid to timely general unsecured creditors           $          3,023.26

   Remaining Balance                                                $              0.00


   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


                              Prepared By: /s/ Natalie Lutz Cardiello


*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24112-GLT
Gregory F. Mencini                                                        Chapter 7
Sandy L. Mencini
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 3           Date Rcvd: Aug 18, 2017
                              Form ID: pdf900         Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
```
db/jdb         +Gregory F. Mencini,    Sandy L. Mencini,    801 Dove Ct,    Pittsburgh, PA 15237-0901
r              +Caldwell Banker,    Real Estate Services,    9600 Perry Highway,    Pittsburgh, PA 15237-5552
cr             +Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14316788       +ACS Engineering,    PO Box 955,    Saxonburg, PA 16056-0955
14316789       +Allied Wire & Cable,    PO Box 26157,    Collegeville, PA 19426-0157
14316791        Amercable Incorporated,    PO Box 733135,    Dallas, TX 75373-3135
14347456        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14341578        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14316792       +American Express Gold,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
14316793       +American Express Green,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
14316794        Appleton Group,    PO Box 93720,    Chicago, IL 60673-3720
14316796       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
14316797        Bank of America Mastercard,    Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
14316798        Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
14337222        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14316799       +Chambers Packaging,    7325 Penn Ave.,    Pittsburgh, PA 15208-2578
14316800       +Charlotte Wire & Cable,    630 Pittsb School Rd.,    Concord, NC 28027-2906
14316801        Cintas Corp.,    LOC 013,    PO Box 630910,    Cincinnati, OH 45263-0910
14316802        Citizens Bank,    Po Box 42014,    Providence, RI 02940-2014
14316803        Citizens Bank Term Note,    PO Box 42014,    Providence, RI 02940-2014
14316804        Citzens Bank Mastercard,    PO Box 9665,    Providence, RI 02940-9665
14316805       +Craig Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364
14316809       +Cresent Electric Supply Company,    PO Box 500,    East Dubuque, IL 61025-4418
14316811        DRV, Inc.,    PO Box 536049,    Pittsburgh, PA 15253-5902
14358306        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14316810        Dex Media,    Attn: JAccount Rec. Dept.,    PO Box 619009,    DFW Airport,    Dallas, TX 75261-9009
14316812        Dunn & Bradstreet,    PO Box 75542,    Chicago, IL 60675-5542
14316813       +Erin Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364
14316814       +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316866       +Fire Fighter,    791 Commonwealth Dr.,    Warrendale, PA 15086-7520
14316867        Ford Fighter,    Box 220564,    Pittsburgh, PA 15257-2564
14316868        Genworth Life Insurance Co.,    PO Box 791039,    Baltimore, MD 21279-1039
14316870        Houston Wire & Cable Company,    PO Box 849033,    Dallas, TX 75284-9033
14316871        Hubbell Industrial Controls,    25414 Network Pl.,    Chicago, IL 60673-1254
14316872       +IBOCO,   26 Northfield Ave.,    Edison, NJ 08837-3807
14316873        Joslyn Clark,    PO Box 91850,    Chicago, IL 60693-1860
14316874       +KNA Engineering Services,    349 Steeplechase Dr.,    Cranberry Twp, PA 16066-2243
14316876       ++MERCEDES BENZ FINANCIAL SERVICES,    13650 HERITAGE PARKWAY,    FORT WORTH TX 76177-5323
                 (address filed with court: Mercedes Benz Financial Services,     PO Box 17496,
                 Baltimore, MD 21297-1496)
14316875        Macy's,    PO Box 9001094,    Wilmington, DE 19886-5019
14316877        Mersen USA,    PO Box 72476444,    Philadelphia, PA 19170-6444
14316878       +Micron Industries,    1211 W. 22nd St., Suite 200,    Oak Brook, IL 60523-3226
14316879        Nationwide Employee Benefits,    PO Box 982001,    Boston, MA 02298-2001
14316880        Nationwide Trust Company,    PO Box 183046,    Columbus, OH 43218-3046
14316881       +Neopost, Inc.,    901 North Stuart St.,    Suite 700,    Arlington, VA 22203-4129
14325497       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14316884       +Power Up Lending Group,    c/o Richmond Capital Group, LLC,    125 Maiden Lane,    Suite 501,
                 New York, NY 10038-4722
14316885       +Print King,    1688 Evans City Rd.,    Evans City, PA 16033-8756
14316886       +Process Automation,    PO Box 457,    Hurst, TX 76053-0457
14316887        Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
14316889        Scott Engineering,    PO Box S,    Greensburg, PA 15601-0899
14316890       +Service Wire Co.,    PO Box 890153,    Charlotte, NC 28289-0153
14316891        Siemens Industry, Inc.,    PO Box 371-034,    Pittsburgh, PA 15251-7034
14316892        Stahlin,    PO Box 677241,    Dallas, TX 75267-7241
14316896        TTI, Inc.,    PO Drawer 9911,    Fort Worth, TX 76199-0111
14316893       +Target Office Products,    209 Parkway View Dr.,    Pittsburgh, PA 15205-1404
14316894        The Buchner Company,    PO Box 768,    Pittsburgh, PA 15230-0768
14316895       +The Buncher Company,    1300 Penn Avenue,    Pittsburgh, PA 15222-4211
14316897       +Tudi Mechanical Systems,    343 MUNSON Ave.,    Mc Kees Rocks, PA 15136-2721
14316898        Tyco Electronics,    24267 Network Place,    Chicago, IL 60673-1246
14316901       +US Drives, Inc.,    PO Box 281,    Niagara Falls, NY 14304-0281
14316900        United Parcel Service,    PO Box 7247-0244,    Philadelphia, PA 19170-0001
14316902        W Interconnections, Inc.,    PO Box 7251230,    Charlotte, NC 28275-1230
14316903       +W.A. Gregory CPA,    60 Terrance Drive,    Suite 201,    Pittsburgh, PA 15205-4312
14316904        Waldom Electronics,    24224 Network Place,    Chicago, IL 60673-1242
```

```
District/off: 0315-2           User: dkam                  Page 2 of 3                   Date Rcvd: Aug 18, 2017
                               Form ID: pdf900             Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14316790       E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2017 01:06:29      Ally,   PO Box 9001951,
                Louisville, KY 40290-1951
14316795      +E-mail/Text: mwaters@aquafilterfresh.com Aug 19 2017 01:07:28      Aqua Filtewr Fresh,
                One Commerce Drive,   Pittsburgh, PA 15239-1780
14336439      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 19 2017 01:07:05      KeyBank N.A.,
                4910 Tiedeman Rd,   Brooklyn, Oh 44144-2338
14316882      +E-mail/Text: bankruptcy@ondeck.com Aug 19 2017 01:07:19      On Deck Capital, Inc.,
                ATTN: Vickie Kepes,   901 North Stuart Street,   Arlington, VA 22203-4129
14316883       E-mail/Text: dearly@pittohio.com Aug 19 2017 01:07:06      Pitt Ohio Express,   PO Box 643271,
                Pittsburgh, PA 15264-3271
14316888      +E-mail/Text: ar@saginawcontrol.com Aug 19 2017 01:07:20      Saginaw Control & Engineering,
                95 Midland Rd.,   Saginaw, MI 48638-5791
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Quicken Loans Inc.
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14316806*     +Craig Golen,   510 Ridge Court,   Cranberry Twp, PA 16066-3364
14316807*     +Craig Golen,   510 Ridge Court,   Cranberry Twp, PA 16066-3364
14316808*     +Craig Golen,   510 Ridge Court,   Cranberry Twp, PA 16066-3364
14316815*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316816*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316817*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316818*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316819*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316820*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316821*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316822*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316823*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316824*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316825*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316826*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316827*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316828*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316829*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316830*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316831*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316832*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316833*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316834*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316835*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316836*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316837*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316838*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316839*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316840*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316841*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316842*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316843*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316844*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316845*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316846*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316847*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316848*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316849*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316850*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316851*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316852*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316853*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316854*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316855*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316856*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316857*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316858*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316859*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316860*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316861*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316862*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316863*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316864*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316865*     +FC Mencini and Associates, Inc.,   2528 Lovi Road,   Building 2-2A,    Freedom, PA 15042-9348
14316899*      Tyco Electronics,   24267 Network Place,   Chicago, IL 60673-1246
```

```
District/off: 0315-2           User: dkam                  Page 3 of 3                   Date Rcvd: Aug 18, 2017
                               Form ID: pdf900             Total Noticed: 71
```

14316869     ##Home Depot Credit Services,    Dept 32-2015026861,    PO Box 183175,    Columbus, OH 43218-3175

TOTALS: 2, * 56, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gregory F. Mencini chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              Christopher M. Frye    on behalf of Joint Debtor Sandy L. Mencini chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              Eric E. Bononi     bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James Warmbrodt     on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Natalie Lutz Cardiello     on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              S. James Wallace     on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9