SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

2.  *Case Administrator*

FROM:    *Financial Administrator*

*UC – Small dividends*

DATE: 10/6/2017

CASE NAME: Mencini

CASE NUMBER: 16-24112-GLT

---

Check Number 50015 in the amount of $ 7.41 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 13323    Intake Clerk's Initials: LF

---

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

Date: 09/29/17

**DIVIDENDS REMITTED TO THE COURT**

Check Number 50015 Dated 09/29/17

Case Number 16-24112 - MENCINI, GREGORY F.

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 000006 | 390.42 | 3.57 |
| CRESENT ELECTRIC SUPPLY COMPANY<br>PO BOX 500<br>EAST DUBUQUE, IL 61025 | 000007 | 179.11 | 1.64 |
| PROCESS AUTOMATION<br>PO BOX 457<br>HURST, TX 76053 | 000011 | 240.00 | 2.20 |
| ---------- Remittance Total ---------- | | 809.53 | 7.41 |

_____
NATALIE LUTZ CARDIELLO, ESQUIRE, Trustee

COURT1

Printed: 09/29/17 02:25 PM    Ver: 20.00e