# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | § | |
| MENCINI, GREGORY F., | § | CASE NO. 16-24112 GLT |
| MENCINI, SANDY L., | § | |
| Debtors | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| V | § | |
| | § | |
| NO RESPONDENT | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Natalie Lutz Cardiello, Esquire, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: 172,257.00

Total Distributions to Claimants: 279,438.04

Claims Discharged
Without Payment: 1,299,747.55

Total Expenses of Administration: 30,876.07

---

3) Total gross receipts of $ 355,729.11  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 45,415.00  (see **Exhibit 2**), yielded net receipts of $ 310,314.11  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 270,000.00 | $ 276,414.78 | $ 276,414.78 | $ 276,414.78 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,876.07 | 30,876.07 | 30,876.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,395,548.09 | 330,227.81 | 330,227.81 | 3,023.26 |
| **TOTAL DISBURSEMENTS** | $ 1,665,548.09 | $ 637,518.66 | $ 637,518.66 | $ 310,314.11 |

4)  This case was originally filed under chapter 7 on  11/03/2016 .  The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/02/2018             By:/s/Natalie Lutz Cardiello, Esquire
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8193 BRITTANY PLACE, PITTSBURGH, PA 15237 | 1110-000 | 353,500.00 |
| PREPAID REAL ESTATE TAXES | 1290-000 | 2,229.11 |
| TOTAL GROSS RECEIPTS | | $355,729.11 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Exemptions | 8100-002 | 45,415.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 45,415.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quicken Loans PO Box 6577 Carol Stream, IL 60197-6577 | | 270,000.00 | NA | NA | 0.00 |
| | QUICKEN LOANS, INC. | 4110-000 | NA | 276,414.78 | 276,414.78 | 276,414.78 |
| TOTAL SECURED CLAIMS | | | $ 270,000.00 | $ 276,414.78 | $ 276,414.78 | $ 276,414.78 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NATALIE LUTZ CARDIELLO, ESQUIRE | 2100-000 | NA | 450.00 | 450.00 | 450.00 |
| NATALIE LUTZ CARDIELLO, ESQUIRE | 2200-000 | NA | 582.93 | 582.93 | 582.93 |
| ALLEGHENY COUNTY BAR ASSOCIATION | 2500-000 | NA | 103.70 | 103.70 | 103.70 |
| ALLEGHENY COUNTY TREASUER | 2500-000 | NA | 1,767.50 | 1,767.50 | 1,767.50 |
| ALLEGHENY COUNTY TREASURER | 2500-000 | NA | 2,651.25 | 2,651.25 | 2,651.25 |
| MTSA | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| PITTSBURGH POST GAZETTE | 2500-000 | NA | 98.40 | 98.40 | 98.40 |
| TALARICO, PALADINO & BERG | 2500-000 | NA | -235.00 | -235.00 | -235.00 |
| Unpaid Real Estate Taxes | 2500-000 | NA | 313.54 | 313.54 | 313.54 |
| WVW | 2500-000 | NA | 200.00 | 200.00 | 200.00 |
| NATALIE LUTZ CARDIELLO | 3110-000 | NA | 2,551.25 | 2,551.25 | 2,551.25 |
| ERIC E. BONONI | 3410-000 | NA | 437.50 | 437.50 | 437.50 |
| COLDWELL BANKER (BUYER) | 3510-000 | NA | 10,605.00 | 10,605.00 | 10,605.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COLDWELL BANKER (SELLER) | 3510-000 | NA | 11,000.00 | 11,000.00 | 11,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,876.07 | $ 30,876.07 | $ 30,876.07 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABB, Inc. | | 18,053.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS Engineering PO Box 955 Saxonburg, PA 16056 | | 1.00 | NA | NA | 0.00 |
| | Allied Wire & Cable PO Box 26157 Collegeville, PA 19426 | | 1.00 | NA | NA | 0.00 |
| | Apache, Inc. | | 1,106.62 | NA | NA | 0.00 |
| | Appleton Group PO Box 93720 Chicago, IL 60673-3720 | | 1.00 | NA | NA | 0.00 |
| | Aqua Filtewr Fresh One Commerce Drive Pittsburgh, PA 15239 | | 1.00 | NA | NA | 0.00 |
| | Automationdirect.com Inc. | | 814.25 | NA | NA | 0.00 |
| | Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | 5,500.00 | NA | NA | 0.00 |
| | Bank of America Mastercard Business Card PO Box 15796 Wilmington, DE 19886-5796 | | 1.00 | NA | NA | 0.00 |
| | Beltservice Corporation | | 2,213.38 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chambers Packaging 7325 Penn Ave. Pittsburgh, PA 15208-2528 | | 1.00 | NA | NA | 0.00 |
| | Charlotte Wire & Cable 630 Pittsb School Rd. Concord, NC 28027 | | 1.00 | NA | NA | 0.00 |
| | Cintas Corp. LOC 013 PO Box 630910 Cincinnati, OH 45263-0910 | | 1.00 | NA | NA | 0.00 |
| | Citizens Bank Po Box 42014 Providence, RI 02940-2014 | | 917,000.00 | NA | NA | 0.00 |
| | Citizens Bank Term Note PO Box 42014 Providence, RI 02940-2014 | | 1.00 | NA | NA | 0.00 |
| | Citzens Bank Mastercard PO Box 9665 Providence, RI 02940-9665 | | 1.00 | NA | NA | 0.00 |
| | Computer-Ease | | 846.10 | NA | NA | 0.00 |
| | DRV, Inc. PO Box 536049 Pittsburgh, PA 15253-5902 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dex Media Attn: JAccount Rec. Dept. PO Box 619009 DFW Airport Dallas, TX 75261-9009 | | 1.00 | NA | NA | 0.00 |
| | Dunn & Bradstreet PO Box 75542 Chicago, IL 60675-5542 | | 1.00 | NA | NA | 0.00 |
| | Erie Bearings Company | | 27.36 | NA | NA | 0.00 |
| | FANUC Robotics America Inc | | 39,708.49 | NA | NA | 0.00 |
| | FMH Conveyors | | 1,035.71 | NA | NA | 0.00 |
| | FedEx Freight | | 680.58 | NA | NA | 0.00 |
| | Fire Fighter 791 Commonwealth Dr. Warrendale, PA 15086 | | 1.00 | NA | NA | 0.00 |
| | First Commonwealth Bank | | 0.00 | NA | NA | 0.00 |
| | First Commonwealth Bank | | 0.00 | NA | NA | 0.00 |
| | First Commonwealth Bank | | 0.00 | NA | NA | 0.00 |
| | Ford Fighter Box 220564 Pittsburgh, PA 15257-2564 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Genworth Life Insurance Co. PO Box 791039 Baltimore, MD 21279-1039 | | 1.00 | NA | NA | 0.00 |
| | Graybar Electric Co., Inc. | | 157.33 | NA | NA | 0.00 |
| | Home Depot Credit Services Dept 32-2015026861 PO Box 183175 Columbus, OH 43218-3175 | | 1.00 | NA | NA | 0.00 |
| | Houston Wire & Cable Company PO Box 849033 Dallas, TX 75284-9033 | | 1.00 | NA | NA | 0.00 |
| | Hubbell Industrial Controls 25414 Network Pl. Chicago, IL 60673-1254 | | 1.00 | NA | NA | 0.00 |
| | Huston Industrial Sales | | 58.38 | NA | NA | 0.00 |
| | IA Motion Products, Inc. | | 866.99 | NA | NA | 0.00 |
| | IBOCO 26 Northfield Ave. Edison, NJ 08837 | | 1.00 | NA | NA | 0.00 |
| | IFM Efector, Inc. | | 397.12 | NA | NA | 0.00 |
| | Impact Telecom | | 67.64 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Intek Systems | | 852.94 | NA | NA | 0.00 |
| | Joslyn Clark PO Box 91850 Chicago, IL 60693-1860 | | 1.00 | NA | NA | 0.00 |
| | KNA Engineering Services 349 Steeplechase Dr. Cranberry Twp, PA 16066 | | 1.00 | NA | NA | 0.00 |
| | Keyence Corp. of America | | 2,093.00 | NA | NA | 0.00 |
| | Matrix | | 294.38 | NA | NA | 0.00 |
| | Mercedes Benz Financial Services PO Box 17496 Baltimore, MD 21297-1496 | | 1.00 | NA | NA | 0.00 |
| | Mersen USA PO Box 72476444 Philadelphia, PA 19170-6444 | | 1.00 | NA | NA | 0.00 |
| | Met-Tec Inc. | | 427.00 | NA | NA | 0.00 |
| | Mikam | | 1,050.00 | NA | NA | 0.00 |
| | Misumi USA, Inc. | | 255.47 | NA | NA | 0.00 |
| | Mosebach Electric & Supply Co. | | 2,914.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Employee Benefits PO Box 982001 Boston, MA 02298-2001 | | 1.00 | NA | NA | 0.00 |
| | Nationwide Trust Company PO Box 183046 Columbus, OH 43218-3046 | | 1.00 | NA | NA | 0.00 |
| | Neofunds by Neopost | | 41.58 | NA | NA | 0.00 |
| | Neopost, Inc. 901 North Stuart St. Suite 700 Arlington, VA 22203 | | 1.00 | NA | NA | 0.00 |
| | Oakmont Truck Rental | | 229.73 | NA | NA | 0.00 |
| | Pine Hollow Springs | | 67.54 | NA | NA | 0.00 |
| | Pioneer Dock Equipment | | 1,461.00 | NA | NA | 0.00 |
| | Pitt Ohio Express PO Box 643271 Pittsburgh, PA 15264-3271 | | 1.00 | NA | NA | 0.00 |
| | Pittsburgh Anodizing | | 68.25 | NA | NA | 0.00 |
| | Power Up Lending Group c/o Richmond Capital Group, LLC 125 Maiden Lane Suite 501 New York, NY 10038 | | 50,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Print King 1688 Evans City Rd. Evans City, PA 16033 | | 1.00 | NA | NA | 0.00 |
| | Pro-Weld, Inc. | | 3,100.00 | NA | NA | 0.00 |
| | R.M. Hoffman Company | | 658.00 | NA | NA | 0.00 |
| | Rolcon | | 1,195.81 | NA | NA | 0.00 |
| | Roman Tools & Fabricating, Inc. | | 890.00 | NA | NA | 0.00 |
| | Scott Engineering PO Box S Greensburg, PA 15601-0899 | | 1.00 | NA | NA | 0.00 |
| | Service Wire Co. PO Box 890153 Charlotte, NC 28289 | | 1.00 | NA | NA | 0.00 |
| | Siemens Industry, Inc. PO Box 371-034 Pittsburgh, PA 15251-7034 | | 1.00 | NA | NA | 0.00 |
| | Solomon Consulting | | 2,100.00 | NA | NA | 0.00 |
| | Spanco | | 6,410.00 | NA | NA | 0.00 |
| | Stahlin PO Box 677241 Dallas, TX 75267-7241 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | T&S Equipment | | 7,666.00 | NA | NA | 0.00 |
| | TTI, Inc. PO Drawer 9911 Fort Worth, TX 76199-0111 | | 1.00 | NA | NA | 0.00 |
| | Target Office Products 209 Parkway View Dr. Pittsburgh, PA 15205 | | 1.00 | NA | NA | 0.00 |
| | Tennsco | | 4,208.38 | NA | NA | 0.00 |
| | The 84 Group Inc. | | 4,004.41 | NA | NA | 0.00 |
| | The Buchner Company PO Box 768 Pittsburgh, PA 15230-0768 | | 1.00 | NA | NA | 0.00 |
| | The Buncher Company 1300 Penn Avenue Pittsburgh, PA 15222 | | 0.00 | NA | NA | 0.00 |
| | Tudi Mechanical Systems 343 MUNSON Ave. Mc Kees Rocks, PA 15136 | | 1.00 | NA | NA | 0.00 |
| | Tyco Electronics 24267 Network Place Chicago, IL 60673-1246 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tyco Electronics 24267 Network Place Chicago, IL 60673-1246 | | 1.00 | NA | NA | 0.00 |
| | Ultronics, Inc. | | 21,577.58 | NA | NA | 0.00 |
| | United Parcel Service PO Box 7247-0244 Philadelphia, PA 19170-0001 | | 1.00 | NA | NA | 0.00 |
| | W Interconnections, Inc. PO Box 7251230 Charlotte, NC 28275-1230 | | 1.00 | NA | NA | 0.00 |
| | W.A. Gregory CPA 60 Terrance Drive Suite 201 Pittsburgh, PA 15236 | | 1.00 | NA | NA | 0.00 |
| | Waldom Electronics 24224 Network Place Chicago, IL 60673-1242 | | 1.00 | NA | NA | 0.00 |
| 000009 | AMERCABLE INCORPORATED | 7100-000 | 1.00 | 5,145.84 | 5,145.84 | 47.11 |
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 7,500.00 | 8,184.25 | 8,184.25 | 74.93 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 13,500.00 | 13,528.39 | 13,528.39 | 123.85 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | 2,100.00 | 2,088.22 | 2,088.22 | 19.12 |
| 000003 | KEYBANK N.A. | 7100-000 | NA | 14,258.34 | 14,258.34 | 130.54 |
| 000004 | KEYBANK N.A. | 7100-000 | 0.00 | 13,280.69 | 13,280.69 | 121.59 |
| 000013 | MICRON INDUSTRIES | 7100-000 | 1.00 | 600.25 | 600.25 | 5.49 |
| 000012 | ON DECK CAPITAL, INC. | 7100-000 | 272,000.00 | 272,332.30 | 272,332.30 | 2,493.22 |
| 000002 | SAGINAW CONTROL & ENGINEERING | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| 000001 | US DRIVES, INC. | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-001 | 300.00 | 390.42 | 390.42 | 3.57 |
| 000007 | CRESENT ELECTRIC SUPPLY COMPANY | 7100-001 | 1.00 | 179.11 | 179.11 | 1.64 |
| 000011 | PROCESS AUTOMATION | 7100-001 | 1.00 | 240.00 | 240.00 | 2.20 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,395,548.09 | $ 330,227.81 | $ 330,227.81 | $ 3,023.26 |

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit 8

| Case No: | 16-24112 | GLT | Judge: GREGORY L. TADDONIO | |
|---|---|---|---|---|

Case Name:  MENCINI, GREGORY F.
MENCINI, SANDY L.

For Period Ending: 01/02/18

Trustee Name:  Natalie Lutz Cardiello, Esquire
Date Filed (f) or Converted (c):  11/03/16 (f)
341(a) Meeting Date:  12/12/16
Claims Bar Date:  02/17/17

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 8193 BRITTANY PLACE, PITTSBURGH, PA 15237 | 366,400.00 | 4,467.93 | | 353,500.00 | FA |
| 2. | 2008 MAZDA 3 | 4,600.00 | 0.00 | | 0.00 | FA |
| 3. | NORMAL HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. | ELECTRONICS | 500.00 | 0.00 | | 0.00 | FA |
| 5. | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 6. | WEDDING RING AND COSTUME JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7. | CASH | 100.00 | 0.00 | | 0.00 | FA |
| 8. | PNC BANK CHECKING ACCOUNT | 3,500.00 | 0.00 | | 0.00 | FA |
| 9. | PNC BANK SAVINGS ACCOUNT | 10.00 | 0.00 | | 0.00 | FA |
| 10. | BUSINESS INTEREST (FC MENCINI AND ASSOCIATES) | 0.00 | 0.00 | | 0.00 | FA |
| 11. | BUSINESS INTEREST (MGM SYSTEMS, INC) | 0.00 | 0.00 | | 0.00 | FA |
| 12. | NATIONWIDE  401K | 100,000.00 | 0.00 | | 0.00 | FA |
| 13. | 529 ACCOUNT FOR CHILD | 0.00 | 0.00 | | 0.00 | FA |
| 14. | VOYA FINANCIAL INSURANCE | 12,432.00 | 0.00 | | 0.00 | FA |
| 15. | PREPAID REAL ESTATE TAXES (u) | 0.00 | 2,229.11 | | 2,229.11 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $490,742.00 | $6,697.04 | | $355,729.11 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/17          Current Projected Date of Final Report (TFR): 08/02/17

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 16-24112 -GLT |
| Case Name: | MENCINI, GREGORY F. |
| | MENCINI, SANDY L. |
| Taxpayer ID No: | *******3792 |
| For Period Ending: | 01/02/18 |

| | |
|---|---|
| Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******9700  Checking Account |
| Blanket Bond (per case limit): | $ 10,024,323.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/17 | 1 | SAMUEL J. STOLLER KATTI ANN STRAHSMEIER STOLLER | SALE OF PROPERTY LOCATED AT 8193 BRITTANY PLACE, PITTSBURGH, PA PER ORDER OF COURT AT DOC. NO. 56 | 1110-000 | 5,000.00 | | 5,000.00 |
| * 02/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 02/27/17 | | TALARICO, PALADINO & BERG (SAM AND KATTI STOLLER) | SALE OF PROPERTY LOCATED AT 8193 BRITTANY PLACE, PITTSBURGH, PA PER ORDER OF COURT AT DOC. NO. 56 | | 1,697.04 | | 6,687.04 |
| | 1 | | Memo Amount:        353,500.00 Gross Proceeds | 1110-000 | | | |
| | 15 | | Memo Amount:         2,229.11 Prepaid Real Estate Tax | 1290-000 | | | |
| | | | Memo Amount:     (     313.54 ) Unpaid Real Estate Taxes | 2500-000 | | | |
| | | COLDWELL BANKER (BUYER) | Memo Amount:      10,605.00 ) Realtor Commission | 3510-000 | | | |
| | | COLDWELL BANKER (SELLER) | Memo Amount:   (  10,605.00 ) Realtor Commission | 3510-000 | | | |
| | | COLDWELL BANKER (SELLER) | Memo Amount:   (     395.00 ) Realtor Commission | 3510-000 | | | |
| | | ALLEGHENY COUNTY TREASURER | Memo Amount:   (   2,651.25 ) City/County Deed Transfer Tax | 2500-000 | | | |
| | | ALLEGHENY COUNTY TREASURER | Memo Amount:   (   1,767.50 ) State Deed Transfer Tax | 2500-000 | | | |
| | | TALARICO, PALADINO & BERG | Memo Amount:   (     200.00 ) Title Settlement Fee | 2500-000 | | | |
| | | TALARICO, PALADINO & BERG | Memo Amount:   (     115.00 ) Title Tax Certs/Lien Letters | 2500-000 | | | |
| | | MTSA | Memo Amount:   (     350.00 ) | 2500-000 | | | |

Page Subtotals          6,697.04          10.00

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2                                                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                      Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-24112  -GLT | |
| Case Name: | MENCINI, GREGORY F. | |
| | MENCINI, SANDY L. | |
| Taxpayer ID No: | *******3792 | |
| For Period Ending: | 01/02/18 | |

| | |
|---|---|
| Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******9700  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 10,024,323.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Utilities - Final Sewer | | | | |
| | | WVW | Memo Amount:       (        200.00 ) | 2500-000 | | | |
| | | | Utilities - Final Water | | | | |
| | | QUICKEN LOANS, INC. | Memo Amount:       (   276,414.78 ) | 4110-000 | | | |
| | | | Payoff of Mortgage Loan | | | | |
| | | GREGORY F. AND SANDY L. MENCINI | Memo Amount:       (     45,415.00 ) | 8100-002 | | | |
| | | | Debtors Exemption | | | | |
| | 1 | | Memo Amount:       (       5,000.00 ) | 1110-000 | | | |
| | | | HAND MONEY | | | | |
| *   02/27/17 | | Reverses Adjustment OUT on 02/01/17 | BANK SERVICE FEE | 2600-000 | | -10.00 | 6,697.04 |
| | | | ESCROW ACCOUNT - FEE CHARGED IN ERROR | | | | |
| 02/27/17 | | Transfer to Acct #*******9729 | Bank Funds Transfer | 9999-000 | | 1,697.04 | 5,000.00 |
| | | | CLOSING HELD ON FEBRUARY 24, 2017 | | | | |
| 02/27/17 | | Transfer to Acct #*******9729 | Bank Funds Transfer | 9999-000 | | 5,000.00 | 0.00 |
| | | | CLOSING HELD ON FEBRUARY 24, 2017 | | | | |
| *   03/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | -10.00 |
| *   03/03/17 | | Reverses Adjustment OUT on 03/01/17 | BANK SERVICE FEE | 2600-000 | | -10.00 | 0.00 |
| | | | ESCROW ACCOUNT - FEE CHARGED IN ERROR | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 355,729.11 | COLUMN TOTALS | | 6,697.04 | 6,697.04 | 0.00 |
| Memo Allocation Disbursements: | 354,032.07 | Less:  Bank Transfers/CD's | | 0.00 | 6,697.04 | |
| | | Subtotal | | 6,697.04 | 0.00 | |
| Memo Allocation Net: | 1,697.04 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 6,697.04 | 0.00 | |

Page Subtotals                    0.00          6,687.04

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2                                                                                    Page:  3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No: | 16-24112 -GLT | | | Trustee Name: | Natalie Lutz Cardiello, Esquire | |
| Case Name: | MENCINI, GREGORY F. | | | Bank Name: | EMPIRE NATIONAL BANK | |
| | MENCINI, SANDY L. | | | Account Number / CD #: | *******9729  Checking Account | |
| Taxpayer ID No: | *******3792 | | | | | |
| For Period Ending: | 01/02/18 | | | Blanket Bond (per case limit): | $ 10,024,323.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/17 | | Transfer from Acct #*******9700 | Bank Funds Transfer CLOSING HELD ON FEBRUARY 24, 2017 | 9999-000 | 1,697.04 | | 1,697.04 |
| 02/27/17 | | Transfer from Acct #*******9700 | Bank Funds Transfer CLOSING HELD ON FEBRUARY 24, 2017 | 9999-000 | 5,000.00 | | 6,697.04 |
| 02/28/17 | 050001 | ALLEGHENY COUNTY BAR ASSOCIATION 400 KOPPERS BUILDING 436 SEVENTH AVENUE PITTSBURGH, PA 15219 | Invoice #624672 LEGAL ADVERTISING | 2500-000 | | 103.70 | 6,593.34 |
| 02/28/17 | 050002 | PITTSBURGH POST GAZETTE CREDIT DEPARTMENT 2201 SWEENEY DRIVE CLINTON, PA 15026 | Acct No 55252069 LEGAL ADVERTISING | 2500-000 | | 98.40 | 6,494.94 |
| 06/21/17 | | TALARICO, PALADINO & BERG | REFUND WATER AND SEWAGE RESERVE | 2500-000 | | -550.00 | 7,044.94 |
| 09/29/17 | 050003 | NATALIE LUTZ CARDIELLO, ESQUIRE 107 HURON DRIVE CARNEGIE, PA  15106 | Chapter 7 Compensation/Fees | 2100-000 | | 450.00 | 6,594.94 |
| 09/29/17 | 050004 | NATALIE LUTZ CARDIELLO, ESQUIRE 107 HURON DRIVE CARNEGIE, PA  15106 | Chapter 7 Expenses | 2200-000 | | 582.93 | 6,012.01 |
| 09/29/17 | 050005 | Natalie Lutz Cardiello, Esquire 107 Huron Drive Carnegie, PA 15106 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,551.25 | 3,460.76 |
| 09/29/17 | 050006 | Eric E. Bononi, CPA 20 N. Pennsylvania Avenue Greensburg, PA 15601 | Accountant for Trustee Fees (Other | 3410-000 | | 437.50 | 3,023.26 |
| 09/29/17 | 050007 | KEYBANK N.A. PO BOX 94968 CLEVELAND, OH 44101 | Claim 000003, Payment 0.915534% | 7100-000 | | 130.54 | 2,892.72 |
| 09/29/17 | 050008 | KEYBANK N.A. | Claim 000004, Payment 0.915540% | 7100-000 | | 121.59 | 2,771.13 |

| | | Page Subtotals | | | 6,697.04 | 3,925.91 | |

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-24112 -GLT |
| Case Name: | MENCINI, GREGORY F. |
| | MENCINI, SANDY L. |
| Taxpayer ID No: | *******3792 |
| For Period Ending: | 01/02/18 |

| Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******9729  Checking Account |
| Blanket Bond (per case limit): | $ 10,024,323.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 94968 CLEVELAND, OH 44101 | | | | | |
| 09/29/17 | 050009 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Claim 000005, Payment 0.915482% | 7100-000 | | 123.85 | 2,647.28 |
| 09/29/17 | 050010 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Claim 000008, Payment 0.915539% | 7100-000 | | 74.93 | 2,572.35 |
| * 09/29/17 | 050011 | AMERCABLE INCORPORATED 350 BAILEY ROAD EL DORADO, AR 71730 | Claim 000009, Payment 0.915497% | 7100-000 | | 47.11 | 2,525.24 |
| 09/29/17 | 050012 | DEPARTMENT STORE NATIONAL BANK C/O QUANTUM3 GROUP LLC PO BOX 657 KIRKLAND, WA 98083-0657 | Claim 000010, Payment 0.915612% | 7100-000 | | 19.12 | 2,506.12 |
| 09/29/17 | 050013 | ON DECK CAPITAL, INC. ATTN: YASMIN FRIAS 901 NORTH STUART STREET ARLINGTON, VA 22203 | Claim 000012, Payment 0.915507% | 7100-000 | | 2,493.22 | 12.90 |
| 09/29/17 | 050014 | MICRON INDUSTRIES 1211 W. 22ND ST., SUITE 200 OAK BROOK, IL 60523 | Claim 000013, Payment 0.914619% | 7100-000 | | 5.49 | 7.41 |
| 09/29/17 | 050015 | CLERK OF THE COURT U.S. BANKRUPTCY COURT 600 GRANT STREET PITTSBURGH, PENNSYLVANIA  15219 | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT | | | 7.41 | 0.00 |
| | | | ITEM #    CLAIM #    DIVIDEND ===================== | | | | |
| | | | 6      000006      3.57 | 7100-001 | | | |
| | | | 7      000007      1.64 | 7100-001 | | | |
| | | | 11     000011      2.20 | 7100-001 | | | |

Page Subtotals   0.00   2,771.13

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

FORM 2                                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-24112  -GLT |
| Case Name: | MENCINI, GREGORY F. |
| | MENCINI, SANDY L. |
| Taxpayer ID No: | *******3792 |
| For Period Ending: | 01/02/18 |

| | |
|---|---|
| Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******9729  Checking Account |
| Blanket Bond (per case limit): | $ 10,024,323.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/30/17 | 050011 | AMERCABLE INCORPORATED 350 BAILEY ROAD EL DORADO, AR 71730 | Claim 000009, Payment 0.915497% CHECK NOT RECEIVED BY PAYEE. | 7100-000 | | -47.11 | 47.11 |
| 12/01/17 | 050016 | AMERCABLE INCORPORATED ATTN:  GLEN JONES 350 BAILEY ROAD EL DORADO, AR 71730 | Claim 000009, Payment 0.915497% | 7100-000 | | 47.11 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | | |
|---|---|---|
| COLUMN TOTALS | 6,697.04 | 6,697.04 | 0.00 |
| Less:  Bank Transfers/CD's | 6,697.04 | 0.00 | |
| Subtotal | 0.00 | 6,697.04 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,697.04 | |

| | |
|---|---|
| Total Allocation Receipts: | 355,729.11 |
| Total Allocation Disbursements: | 354,032.07 |
| Total Memo Allocation Net: | 1,697.04 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9700 | 6,697.04 | 0.00 | 0.00 |
| Checking Account - ********9729 | 0.00 | 6,697.04 | 0.00 |
| | 6,697.04 | 6,697.04 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*