**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gregory F. Mencini** | Social Security number or ITIN **xxx−xx−6947** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sandy L. Mencini** | Social Security number or ITIN **xxx−xx−6100** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16−24112−GLT**

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory F. Mencini                                       Sandy L. Mencini

1/29/18                                                           **By the court:**  Gregory L. Taddonio
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 16-24112-GLT
Gregory F. Mencini                                               Chapter 7
Sandy L. Mencini
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam        Page 1 of 3        Date Rcvd: Jan 29, 2018
                            Form ID: 318      Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
```
db/jdb       +Gregory F. Mencini,    Sandy L. Mencini,    801 Dove Ct,    Pittsburgh, PA 15237-0901
r            +Caldwell Banker,    Real Estate Services,   9600 Perry Highway,    Pittsburgh, PA 15237-5552
cr           +Daimler Trust,   c/o BK Servicing, LLC,    PO Box 131265,   Roseville, MN 55113-0011
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14316788     +ACS Engineering,    PO Box 955,   Saxonburg, PA 16056-0955
14316789     +Allied Wire & Cable,    PO Box 26157,   Collegeville, PA 19426-0157
14316791      Amercable Incorporated,    PO Box 733135,   Dallas, TX 75373-3135
14316794      Appleton Group,   PO Box 93720,    Chicago, IL 60673-3720
14316797      Bank of America Mastercard,    Business Card,    PO Box 15796,   Wilmington, DE 19886-5796
14316799    #+Chambers Packaging,    7325 Penn Ave.,   Pittsburgh, PA 15208-2578
14316800     +Charlotte Wire & Cable,    630 Pittsb School Rd.,    Concord, NC 28027-2906
14316801      Cintas Corp.,   LOC 013,    PO Box 630910,   Cincinnati, OH 45263-0910
14316802      Citizens Bank,    Po Box 42014,   Providence, RI 02940-2014
14316803      Citizens Bank Term Note,    PO Box 42014,   Providence, RI 02940-2014
14316804      Citzens Bank Mastercard,    PO Box 9665,   Providence, RI 02940-9665
14316805     +Craig Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364
14316809     +Cresent Electric Supply Company,    PO Box 500,    East Dubuque, IL 61025-4418
14316811      DRV, Inc.,    PO Box 536049,   Pittsburgh, PA 15253-5902
14358306      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
14316810      Dex Media,    Attn: JAccount Rec. Dept.,   PO Box 619009,    DFW Airport,   Dallas, TX 75261-9009
14316812      Dunn & Bradstreet,    PO Box 75542,   Chicago, IL 60675-5542
14316813     +Erin Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364
14316814     +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,   Freedom, PA 15042-9348
14316866     +Fire Fighter,    791 Commonwealth Dr.,   Warrendale, PA 15086-7520
14316867      Ford Fighter,    Box 220564,   Pittsburgh, PA 15257-2564
14316868      Genworth Life Insurance Co.,    PO Box 791039,    Baltimore, MD 21279-1039
14316870      Houston Wire & Cable Company,    PO Box 849033,    Dallas, TX 75284-9033
14316871      Hubbell Industrial Controls,    25414 Network Pl.,    Chicago, IL 60673-1254
14316872     +IBOCO,    26 Northfield Ave.,   Edison, NJ 08837-3807
14316873      Joslyn Clark,    PO Box 91850,   Chicago, IL 60693-1860
14316874     +KNA Engineering Services,    349 Steeplechase Dr.,    Cranberry Twp, PA 16066-2243
14316876    ++MERCEDES BENZ FINANCIAL SERVICES,    13650 HERITAGE PARKWAY,   FORT WORTH TX 76177-5323
             (address filed with court:   Mercedes Benz Financial Services,    PO Box 17496,
               Baltimore, MD 21297-1496)
14316875      Macy's,    PO Box 9001094,   Wilmington, DE 19886-5019
14316877      Mersen USA,    PO Box 72476444,   Philadelphia, PA 19170-6444
14316878     +Micron Industries,    1211 W. 22nd St., Suite 200,    Oak Brook, IL 60523-3226
14316879      Nationwide Employee Benefits,    PO Box 982001,    Boston, MA 02298-2001
14316880      Nationwide Trust Company,    PO Box 183046,   Columbus, OH 43218-3046
14316881     +Neopost, Inc.,    901 North Stuart St.,   Suite 700,    Arlington, VA 22203-4129
14316882     +On Deck Capital, Inc.,    ATTN: Vickie Kepes,    901 North Stuart Street,
               Arlington, VA 22203-4129
14316884     +Power Up Lending Group,    c/o Richmond Capital Group, LLC,    125 Maiden Lane,   Suite 501,
               New York, NY 10038-4722
14316885     +Print King,    1688 Evans City Rd.,    Evans City, PA 16033-8756
14316886     +Process Automation,    PO Box 457,   Hurst, TX 76053-0457
14316887      Quicken Loans,    PO Box 6577,   Carol Stream, IL 60197-6577
14316889      Scott Engineering,    PO Box S,   Greensburg, PA 15601-0899
14316890     +Service Wire Co.,    PO Box 890153,   Charlotte, NC 28289-0153
14316891      Siemens Industry, Inc.,    PO Box 371-034,   Pittsburgh, PA 15251-7034
14316892      Stahlin,    PO Box 677241,   Dallas, TX 75267-7241
14316896      TTI, Inc.,    PO Drawer 9911,   Fort Worth, TX 76199-0111
14316893     +Target Office Products,    209 Parkway View Dr.,    Pittsburgh, PA 15205-1404
14316894      The Buchner Company,    PO Box 768,   Pittsburgh, PA 15230-0768
14316895     +The Buncher Company,    1300 Penn Avenue,   Pittsburgh, PA 15222-4211
14316897     +Tudi Mechanical Systems,    343 MUNSON Ave.,    Mc Kees Rocks, PA 15136-2721
14316898      Tyco Electronics,    24267 Network Place,   Chicago, IL 60673-1246
14316901     +US Drives, Inc.,    PO Box 281,   Niagara Falls, NY 14304-0281
14316900      United Parcel Service,    PO Box 7247-0244,    Philadelphia, PA 19170-0001
14316902      W Interconnections, Inc.,    PO Box 7251230,    Charlotte, NC 28275-1230
14316903     +W.A. Gregory CPA,    60 Terrance Drive,   Suite 201,    Pittsburgh, PA 15205-4312
14316904      Waldom Electronics,    24224 Network Place,   Chicago, IL 60673-1242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QNLCARDIELLO.COM Jan 30 2018 01:48:00      Natalie Lutz Cardiello,    107 Huron Drive,
               Carnegie, PA 15106-1826
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2018 02:11:26      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
14316790      EDI: GMACFS.COM Jan 30 2018 01:48:00      Ally,   PO Box 9001951,    Louisville, KY 40290-1951
```

```
District/off: 0315-2            User: dkam                  Page 2 of 3                   Date Rcvd: Jan 29, 2018
                                Form ID: 318                Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14347456         EDI: BECKLEE.COM Jan 30 2018 01:48:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern  PA 19355-0701
14341578         EDI: BECKLEE.COM Jan 30 2018 01:48:00      American Express Centurion Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14316792        +EDI: AMEREXPR.COM Jan 30 2018 01:48:00      American Express Gold,    PO Box 360001,
                  Fort Lauderdale, FL 33336-0001
14316793        +EDI: AMEREXPR.COM Jan 30 2018 01:48:00      American Express Green,    PO Box 360001,
                  Fort Lauderdale, FL 33336-0001
14316795        +E-mail/Text: mwaters@aquafilterfresh.com Jan 30 2018 02:12:29       Aqua Filtewr Fresh,
                  One Commerce Drive,    Pittsburgh, PA 15239-1780
14316796         EDI: BANKAMER.COM Jan 30 2018 01:48:00      Bank of America,    PO Box 15019,
                  Wilmington, DE 19886-5019
14316798         EDI: CAPITALONE.COM Jan 30 2018 01:48:00      Capital One Bank,    PO Box 71083,
                  Charlotte, NC 28272-1083
14337222         EDI: CAPITALONE.COM Jan 30 2018 01:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
14336439        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 30 2018 02:11:51       KeyBank N.A.,
                  4910 Tiedeman Rd,    Brooklyn, Oh 44144-2338
14325497        +EDI: PRA.COM Jan 30 2018 01:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
14316883         E-mail/Text: dearly@pittohio.com Jan 30 2018 02:11:51       Pitt Ohio Express,    PO Box 643271,
                  Pittsburgh, PA 15264-3271
14316888        +E-mail/Text: ar@saginawcontrol.com Jan 30 2018 02:12:22       Saginaw Control & Engineering,
                  95 Midland Rd.,    Saginaw, MI 48638-5791
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Quicken Loans Inc.
aty*           +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826
aty*           +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14316806*      +Craig Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364
14316807*      +Craig Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364
14316808*      +Craig Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364
14316815*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316816*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316817*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316818*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316819*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316820*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316821*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316822*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316823*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316824*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316825*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316826*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316827*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316828*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316829*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316830*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316831*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316832*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316833*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316834*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316835*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316836*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316837*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316838*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316839*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316840*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316841*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316842*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316843*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316844*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316845*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316846*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316847*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316848*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316849*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316850*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316851*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316852*      +FC Mencini and Dsociates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316853*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316854*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316855*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316856*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316857*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
```

```
District/off: 0315-2            User: dkam              Page 3 of 3             Date Rcvd: Jan 29, 2018
                                Form ID: 318            Total Noticed: 73


              ***** BYPASSED RECIPIENTS (continued) *****
14316858*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316859*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316860*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316861*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316862*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316863*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316864*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316865*      +FC Mencini and Associates, Inc.,    2528 Lovi Road,    Building 2-2A,    Freedom, PA 15042-9348
14316899*       Tyco Electronics,   24267 Network Place,    Chicago, IL 60673-1246
14316869      ##Home Depot Credit Services,    Dept 32-2015026861,    PO Box 183175,    Columbus, OH 43218-3175
                                                                                         TOTALS: 2, * 58, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Gregory F. Mencini chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Christopher M. Frye    on behalf of Joint Debtor Sandy L. Mencini chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Eric E. Bononi    bankruptcy@bononilaw.com,    pa69@ecfcbis.com
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
           ncardiello@ecf.epiqsystems.com
          Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 9
```